| | | | |
|---|---|---|---|
| 1400 Market Street, LLC v. Fox Funding, LLC; Two River Community Bank v. Fox Funding PA LLC; Melo Enterprises, LLC v. Fox Funding LLC; Melo Enterprises, LLC, In re | 03/16/2016 747 MAL (2015) | Denied | Pa.Super., 131 A.3d 90 |
| Al's Cafe, Inc. v. Department of Health, Bureau of Health Promotion and Risk Reduction [58] | 03/09/2016 318 WAL (2015) | Denied | |
| Brewster v. Pennsylvania Bd. of Probation and Parole [59] | 03/15/2016 636 EAL (2015) | Denied | |
| Hernandez v. W.C.A.B. (Giorgio Foods, Inc.) [60] | 03/08/2016 722 MAL (2015) | Denied | |
| Ming Wei v. State Civil Service Com'n (Dept. of Health) [61] | 03/15/2016 848 MAL (2015) | Denied | |

58. Justice EAKIN did not participate in the consideration or decision of this matter.

59. Justice EAKIN did not participate in the decision of this matter.

60. Justice EAKIN did not participate in the consideration or decision of this matter.

61. Justice EAKIN did not participate in the decision of this matter.